# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMELIA ALES BARNETT

VERSUS

WILLIAM B. BARNETT

NO.   2022 CW 1253

**FEBRUARY 1, 2023**

---

In Re:    William B. Barnett, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2021-11416.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.**  The portions of the trial court's October 18, 2022 judgment, finding the property located at 216 Tchefuncte Drive, Covington, Louisiana ("the Tchefuncte Property") is the separate property of plaintiff, Amelia Ales Barnett ("Amelia"), "to do with as she wishes" and pertaining to any sale of the Tchefuncte Property, are vacated.  Procedural due process requires an opportunity to be heard, in addition to notice of the pendency of an action, and in conjunction therewith, adequate notice of the hearing is fundamental.  **Ikonitski v. Ikonitski,** 2016-0642 (La. App. 1st Cir. 9/16/16), 204 So.3d 232, 234.  La. Code Civ. P. art. 1571(A)(1)(a), provides in pertinent part that district courts shall prescribe the procedure for assigning cases for trial by rules, which shall require adequate notice of trial to all parties.  See **Hill v. Lopez,** 2005-0182 (La. App. 1st Cir. 2/22/06), 929 So.2d 80, 82 n.2.  The documents before this court do not reflect notice was given to defendant William Barnett ("William") of a hearing on Amelia's Second Supplemental Rule for Authority to Act Alone to Sell Home and for Use of Community Movables, which requested authorization to sell the Tchefuncte Property.  There is no evidence that William received actual notice that the rule would be heard on September 14, 2022, as no hearing date was included in the proposed order attached to the Second Supplemental Rule for Authority to Act Alone to Sell Home and for Use of Community Movables.  Moreover, nothing in the Rule for Authority to Act Alone to Sell Home and For Use of Community Movables or Supplemental Rule for Authority to Act Alone to Sell Home and for Use of Community Movables, which actually were set for hearing on September 14, 2022, reflect a request for authority to sell the Tchefuncte Property or that such would be heard and determined on September 14, 2022.  In all other respects, the writ is denied.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
a.S.ₙ

DEPUTY CLERK OF COURT
FOR THE COURT